# EXHIBIT A

| | |
|---|---|
| **Subject:** | RE: J. Ozmun v. PRA (16-cv-00940) |
| **Date:** | Monday, August 29, 2016 at 10:59:38 AM Central Daylight Time |
| **From:** | Sunny S. Sidhu |
| **To:** | Celetha Chatman |
| **CC:** | tylerhickle@hicklelegal.com |
| **Attachments:** | image003.png, image004.png, image005.png |

Celetha:

Thanks.  We will be sending over a settlement agreement to review soon.

- Sunny


Sunny S. Sidhu
Litigation Counsel
Office of General Counsel
130 Corporate Boulevard
Norfolk, Virginia 23502
Main Line (757) 519-9300 Ext. 17942
Direct Dial (757) 431-7942
Cell Phone (757) 837-7107
sssidhu@portfoliorecovery.com



ATTORNEY-CLIENT PRIVILEGED COMMUNICATION.  CONFIDENTIALITY NOTICE:  The preceding E-mail message, including any attachments,  contains information that is confidential, protected by the attorney/client privilege, work-product doctrine or other applicable privileges, and constitutes  non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful. No responsibility is accepted by the sender for any loss or damage arising in any way from its use.

---

**From:** Celetha Chatman [mailto:cchatman@communitylawyersgroup.com]
**Sent:** Thursday, August 25, 2016 10:34 AM
**To:** Sunny S. Sidhu
**Cc:** tylerhickle@hicklelegal.com
**Subject:** Re: J. Ozmun v. PRA (16-cv-00940)

Sunny,

Plaintiff can reduce demand to $6,500 best and final. Also, please submit proposed changes to the release.

Thanks,

Celetha C. Chatman
Attorney at Law
cchatman@communitylawyersgroup.com

Community Lawyers Group

73 W. Monroe Street, Suite 502
Chicago, Illinois 60603
www.communitylawyersgroup.com
(312)757-1880 Main
(312)265-3227 Fax

Notice from Community Lawyers Group, Ltd..: This message is intended only for the use of the person or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

---

**From:** "Sunny S. Sidhu" <sssidhu@portfoliorecovery.com>
**Date:** Wednesday, August 24, 2016 at 2:19 PM
**To:** Celetha <cchatman@communitylawyersgroup.com>
**Subject:** RE: J. Ozmun v. PRA (16-cv-00940)

Celetha:

The release would need to be modified to include all parties and would of course have to be reviewed by them as well.  I am not going to be able to get anyone's agreement to do $7000 here in light of the details of the claims as presented earlier.  If you can meet me halfway between our numbers at $4975 I can probably get everyone to agree.

- Sunny


Sunny S. Sidhu
Litigation Counsel
Office of General Counsel
130 Corporate Boulevard
Norfolk, Virginia 23502
Main Line (757) 519-9300 Ext. 17942
Direct Dial (757) 431-7942
Cell Phone (757) 837-7107
sssidhu@portfoliorecovery.com



ATTORNEY-CLIENT PRIVILEGED COMMUNICATION.  CONFIDENTIALITY NOTICE:  The preceding E-mail message, including any attachments,  contains information that is confidential, protected by the attorney/client privilege, work-product doctrine or other applicable privileges, and constitutes  non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful. No responsibility is accepted by the sender for any loss or damage arising in any way from its use.

---