UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Joseph Ozmun | § |
| | §   CIVIL NO: |
| vs. | §   AU:16-CV-00940-SS |
| | § |
| Portfolio Recovery Associates, Llc | § |

## ORDER SETTING ALL PENDING MATTERS/STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS/STATUS CONFERENCE** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, June 06, 2017 at 03:00 PM**.

IT IS SO ORDERED this 15th day of May, 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE