# EXHIBIT A

From: Celetha Chatman [mailto:cchatman@communitylawyersgroup.com]
Sent: Monday, July 10, 2017 10:40 AM
To: Mayfield-Jones, Karen <Karen.Mayfield-Jones@PRAGroup.com>
Subject: Ozmun v. PRA


Karen,


Plaintiff's demand is $■■■■■, for the above caption cases, which will be filed today, inclusive of a mutual release, by PRA and its assignees, for all pending matters and accounts, including the ongoing Ozmun v. PRA (16-cv-00940-SS). Please get back to me by today, or give me a call.


Thanks,


Celetha C. Chatman

Attorney at Law

cchatman@communitylawyersgroup.com


Community Lawyers Group

73 W. Monroe Street, Suite 514

Chicago, Illinois 60603

www.communitylawyersgroup.com

(312)757-1880 Main

(312)265-3227 Fax

Notice from Community Lawyers Group, Ltd..: This message is intended only for the use of the person or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.



RA Group, Inc.
CONFIDENTIALITY NOTICE: The preceding email message, including any attachments, contains information that is confidential, protected by an attorney/client privilege, work-product doctrine, or other applicable privileges, and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by reply email and immediately delete this email. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful. No responsibility is accepted by the sender for any loss or damage arising in any way from its use.