**Exhibit J**

# WOOD FINKO & THOMPSON P.C.

73 W. MONROE STREET, SUITE 514

Chicago, Illinois 60603

PH: (312)765-7561

Fx: (312)476-1362



Re: 

Dear Sir or Madam:

Sincerely,
/s/ Andrew Finko.

