**Exhibit K**



## CORPORATION FILE DETAIL REPORT

| File Number | 69755615 | | |
|---|---|---|---|
| Entity Name | WOOD FINKO & THOMPSON P.C. | | |
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 10/30/2014 | State | ILLINOIS |
| Agent Name | MICHAEL J WOOD | Agent Change Date | 10/30/2014 |
| Agent Street Address | 73 W MONROE STE 514 | President Name & Address | MICHAEL J WOOD |
| Agent City | CHICAGO | Secretary Name & Address | INVOLUNTARY DISSOLUTION 03 10 17 |
| Agent Zip | 60603 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2016 |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE