**Exhibit L**



## CORPORATION FILE DETAIL REPORT

| | |
|---|---|
| File Number | 70997797 |
| Entity Name | COMMUNITY LEGAL GROUP, LTD. |
| Status | ACTIVE |

| | | | |
|---|---|---|---|
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 11/15/2016 | State | ILLINOIS |
| Agent Name | INCORP SERVICES INC | Agent Change Date | 03/30/2017 |
| Agent Street Address | 901 S 2ND ST STE 201 | President Name & Address | MICHAEL J. WOOD |
| Agent City | SPRINGFIELD | Secretary Name & Address | |
| Agent Zip | 62704 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 11/07/2017 | For Year | 2017 |
| Assumed Name | ACTIVE - COMMUNITY LAWYERS GROUP, LTD.<br>ACTIVE - CLG, LTD. | | |

Return to the Search Screen     [ Select Certificate of Good Standing for Purchase ]

(One Certificate per Transaction)

**OTHER SERVICES**

[ File Annual Report ]

[ Adopting Assumed Name ]

[ Articles of Amendment Effecting A Name Change ]

[ Change of Registered Agent and/or Registered Office Address ]

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE