**Exhibit M**

1

```
                    IN THE UNITED STATES DISTRICT COURT
1                  FOR THE NORTHERN DISTRICT OF ILLINOIS
2                             EASTERN DIVISION

3

4   MARCELINO CENTENO, et al.,    )   Nos. 17 C 5233
                                  )        17 C 5695
5              Plaintiffs,        )        17 C 5897
                                  )        17 C 6098
6        vs.                      )        17 C 6676
                                  )
7   LVNV FUNDING, LLC, et al.,    )   Chicago, Illinois
                                  )   February 14, 2018
8              Defendants.        )   9:45 a.m.

9
                          TRANSCRIPT OF PROCEEDINGS
10                   BEFORE THE HON. SARA L. ELLIS

11
    APPEARANCES:
12
    For the Plaintiffs:    MS. CELETHA CHATMAN
13                         Community Lawyers Group, Ltd.,
                           73 West Monroe Street, Suite 514,
14                         Chicago, Illinois  60603

15
    For the Defendants:    MR. MANUEL H. NEWBURGER
16                         Barron & Newburger PC,
                           7320 North Mopac Expressway, Suite 400,
17                         Austin, Texas  78731

18                         MS. CORINNE HEGGIE
                           Scharf Banks Marmor LLC,
19                         333 West Wacker Drive, Suite 450,
                           Chicago, Illinois  60606
20

21

22

23                    PATRICK J. MULLEN
                    Official Court Reporter
24                United States District Court
              219 South Dearborn Street, Room 1412
25                  Chicago, Illinois 60604
                        (312) 435-5565
```

|  |  |
|---|---|
| 10:47:49 | 1  THE CLERK:  2017 C 5233, Centeno versus LVNV Funding; |
|  | 2  2017 C 5693, Akins versus LVNV; 2017 C 5897, Lemke versus LVNV; |
|  | 3  2017 C 6098, Johnson versus LVNV; 2017 C 6676, Plewa versus |
|  | 4  LVNV Funding. |
|  | 5  MS. CHATMAN:  Good morning, Your Honor.  Celetha |
|  | 6  Chatman on behalf of plaintiffs. |
|  | 7  MS. HEGGIE:  Good morning, Your Honor.  I'm Corinne |
|  | 8  Heggie on behalf of LVNV Funding and Resurgent Capital |
|  | 9  Services.  Also appearing by phone will be Mr. Newburger. |
| 10:48:12 | 10 THE CLERK:  One moment. |
|  | 11 (Brief pause.) |
|  | 12 MR. NEWBURGER:  (Via telephone) Good morning.  This is |
|  | 13 Manuel Newburger. |
|  | 14 THE CLERK:  Good morning, counsel.  Your are now |
| 10:48:21 | 15 before Judge Ellis.  Please state the party that you represent. |
|  | 16 MR. NEWBURGER:  This is Manual Newburger.  I represent |
|  | 17 defendants LVNV and Resurgent. |
|  | 18 THE CLERK:  Thank you. |
|  | 19 THE COURT:  All right.  So we are here on the motion |
| 10:48:36 | 20 to compel the deposition of plaintiffs' counsel that I entered |
|  | 21 and continued.  Before we get to that, with regard to the other |
|  | 22 plaintiffs, has everybody been deposed now? |
|  | 23 MR. NEWBURGER:  All plaintiffs except Ms. Plewa, Your |
|  | 24 Honor. |
| 10:48:56 | 25 THE COURT:  All right.  And what's the status with |

 1  requested any other discovery.
 2          MS. CHATMAN:  That's correct.
 3          THE COURT:  All right.  So I'm going to extend fact
 4  discovery through March 9th.
 5          Now turning to the deposition of Ms. Chatman, first of
 6  all, Mr. Newburger, have you -- did you send a copy of the
 7  letter that you sent me to Ms. Chatman?
 8          MR. NEWBURGER:  I did, Your Honor.
 9          THE COURT:  Okay.  So, Ms. Chatman, you received a
10  copy of that letter?
11          MS. CHATMAN:  Which?  Just so I'm clear, Your Honor,
12  which?  I received a lot of documentation.  I want to --
13          THE COURT:  So it is a letter dated February 7th that
14  was sent to me with a copy of the depositions.
15          MR. NEWBURGER:  Actually, I think Ms. Heggie's office
16  may actually have sent that, Your Honor.
17          MS. HEGGIE:  Your Honor, yes, my office sent it in the
18  mail to Ms. Chatman and Mr. Finko because Ms. Chatman doesn't
19  want to receive things via e-mail in the case.  We don't have
20  consent for electronic service other than what's filed through
21  ECF.
22          THE COURT:  Okay.
23          MS. CHATMAN:  Well, I haven't had a chance to look at
24  it, Your Honor.
25          THE COURT:  I would have hoped that you would have

11:00:50

1 looked at it, Ms. Chatman, because this letter levies some
2 serious ethical allegations in the letter --
3     MS. CHATMAN: Okay.
4     THE COURT: -- that I wanted to address, and I was
5 going to give you the opportunity to respond.
6     MS. CHATMAN: Okay, Your Honor. Can you give me
7 additional time because I haven't had a chance to look at this
8 letter?

11:01:07

9     THE COURT: So one of the reasons that defendants
10 believe they should be entitled to depose you is that you were
11 contacting LVNV Funding and Resurgent knowing that they were
12 represented, at a time that you knew they were represented by
13 counsel.

11:01:32

14     MS. CHATMAN: Like I said, Your Honor, I haven't had a
15 chance to review this letter. I do not know what they're
16 referring to.
17     THE CLERK: (Handing document to counsel.)
18     (Brief pause.)
19     THE COURT: All right. I'll take the letter back.

11:05:11

20     MS. CHATMAN: Your Honor, I would say that when we
21 send out these letters -- I'm sorry -- usually in my experience
22 when we send out these letters, it's usually more efficient to
23 send them to the direct person who marks the accounts as
24 disputed, Your Honor. So I don't think we --

11:05:38

25     THE COURT: So my question to you is: Were you aware

```
11:06:00
11:06:15
11:06:23
11:06:53
11:07:21
```

1  that -- at least with regard to Ms. Plewa and Ms. Akins, when
2  you sent those letters, were you aware that LVNV was
3  represented by counsel?
4              MS. CHATMAN:  Represented by counsel?  Your Honor,
5  they were suing Ms. Akins and Ms. Plewa in state court.
6              THE COURT:  Right.
7              MS. CHATMAN:  I don't think that's the same.
8  Honestly, I don't think that's the same thing.
9              THE COURT:  The same thing?  It's over the same debt,
10 right?
11             MS. CHATMAN:  So it's --
12             THE COURT:  It was over the same debt, is that
13 correct?
14             MS. CHATMAN:  It is over the same debt.
15             THE COURT:  Okay.  Were you aware that both of your
16 clients at the time you sent the letter were being sued in
17 state court over this debt by LVNV?
18             MS. CHATMAN:  I knew they were being sued, Your Honor.
19 I guess, Your Honor, this is -- we've never gotten anything
20 from LVNV saying that they want us to send letters directly to
21 their lawyers, to their lawyer's law firms, Your Honor.  That's
22 usually not how it works.
23             THE COURT:  Well, most of the time when somebody is
24 disputing a debt and they're coming to you for assistance,
25 they're not being sued in state court over the same debt,

1      MS. HEGGIE:  Okay.  Thank you, Your Honor.
2      THE COURT:  Okay.  Thanks.
3   (Proceedings concluded.)
4                C E R T I F I C A T E
5      I, Patrick J. Mullen, do hereby certify that the
6   foregoing is a complete, true, and accurate transcript of the
7   proceedings had in the above-entitled case before the Honorable
8   SARA L. ELLIS, one of the judges of said Court, at Chicago,
9   Illinois, on February 14, 2018.
10
11                         /s/ Patrick J. Mullen
                           Official Court Reporter
12                         United States District Court
                           Northern District of Illinois
13                         Eastern Division
14
15
16
17
18
19
20
21
22
23
24
25