IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2019 MAR 29 AM 11: 26

JOSPEH OZMUN,
        Plaintiff,

-vs-

PORTFOLIO RECOVERY ASSOCIATES, LLC; RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC; WESTERN SURETY COMPANY; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,
        Defendants.

CAUSE NO.:
AU-16-CV-00940-SS

## FINAL JUDGMENT

BE IT REMEMBERED on this day the Court entered its opinion and orders in the above-styled cause granting Defendants Portfolio Recovery Associates, LLC and Rausch, Sturm, Israel, Enerson & Hornik, LLC's Motion for Attorneys' Fees [#151], and in accordance thereof enters the following:

IT IS ORDERED, ADJUDGED and DECREED that Defendant Portfolio Recovery Associates, LLC and its lawyers do have and recover judgment of and against Celetha Chatman, Michael Wood, and Community Lawyers Group, Ltd. in the amount of EIGHTY-FOUR THOUSAND, SEVEN HUNDRED THIRTY-TWO AND 83/100 DOLLARS ($84,732.83) as attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) with interest at 2.40% per annum, for which let execution issue.

IT IS FINALLY ORDRED, ADJUDGED, and DECREED that Defendant Rausch, Sturm, Israel, Enerson & Hornik, LLC and its lawyers do have and recover judgment of and against Celetha Chatman, Michael Wood, and Community Lawyers Group, Ltd. in the amount of SEVENTY-EIGHT THOUSAND EIGHT HUNDRED NINETY-FOUR AND

99/100 DOLLARS ($78,894.99) as attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) with interest at 2.40% per annuum, for which let execution issue.

SIGNED this the 29th day of March, 2019.

/s/ Sam Sparks
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE