UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JOSEPH OZMUN,** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | |
| § | | |
| **PORTFOLIO RECOVERY** § | **CASE NUMBER: AU-16-CV-00940-SS** | |
| **ASSOCIATES, LLC; RAUSCH, STURM,** § | **AU-17-CV-00664-SS** | |
| **ISRAEL, ENERSON & HORNIK, LLC;** § | **AU-17-CV-00665-SS** | |
| **AND TRAVELERS CASUALTY AND** § | | |
| **SURETY COMPANY OF AMERICA,** § | **Honorable Sam Sparks** | |
| § | | |
| *Defendants.* § | | |

**NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Plaintiff JOSEPH OZMUN and Plaintiff's counsel MICHAEL J. WOOD, CELETHA C. CHATMAN, and COMMUNITY LAWYERS GROUP file this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the following orders of the District Court for the Western District of Texas, Austin Division:

*Order Denying Plaintiff's Motion to Recuse Judge Sparks (Dkt #107)* entered May 16, 2018 [Dkt #113];

*Order Granting Defendant's [144] Motion to Dismiss*, entered August 9, 2018 [Dkt # 149];

*Order* Denying Plaintiff's [152] Motion for Attorneys' Fees and Granting Defendants'[151] Motion for Attorneys' Fees entered March 29, 2019 [Dkt #177]; and

*Final Judgment* entered March 29, 2019 [Dkt #178].

DATED: April 26, 2019.

Page-2

Respectfully submitted,

**/s/ Michael J. Wood**

Michael J. Wood
Celetha C. Chatman
Community Lawyers Group
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: 312.757.1880
fax: 312.265.3227
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Certificate of Service

I hereby certify that on the 26th day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this matter.

/s/ Michael J. Wood